POS-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Brent H. Blakely (SBN 157292)
Cindy Chan (SBN 247495)
Blakely Law Group
1334 Parkview Avenue, Suite 280, Manhattan Beach, CA 90266
TELEPHONE NO.: (310) 546-7400 FAX NO. (Optional): (310) 546-7401
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Deckers Outdoor Corporation

FOR COURT USE ONLY

United States District Court Central District of California
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: 312 N. Spring Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Central District

PLAINTIFF/PETITIONER: Deckers Outdoor Corporation

DEFENDANT/RESPONDENT: J.C. Penney Corporation, Inc.

CASE NUMBER: 2:16-CV-06914-CBM (AFMx)

Ref. No. or File No.:

# PROOF OF SERVICE OF SUMMONS

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☑ other *(specify documents)*: See Attached
3. a. Party served *(specify name of party as shown on documents served)*:
   J.C. Penney Corporation, Inc., a Delaware Corporation

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Diane Lettelleir, Senior Managing Counsel/Agent for service of process
4. Address where the party was served:
   6501 Legacy Drive, Plano, TX 75024
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10-7-16 (2) at *(time)*: 11:50am
   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: Deckers Outdoor Corporation<br>DEFENDANT/RESPONDENT: J.C. Penney Corporation, Inc. | CASE NUMBER:<br>2:16-CV-06914-CBM (AFMx) |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*: (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: J.C. Penney Corporation, a Delaware Corporation
   under the following Code of Civil Procedure section:

   ☑ 416.10 (corporation)
   ☐ 416.20 (defunct corporation)
   ☐ 416.30 (joint stock company/association)
   ☐ 416.40 (association or partnership)
   ☐ 416.50 (public entity)
   ☐ 415.95 (business organization, form unknown)
   ☐ 416.60 (minor)
   ☐ 416.70 (ward or conservatee)
   ☐ 416.90 (authorized person)
   ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name: Gean O. Smith
   b. Address: P.O. Box 864036, Plano, TX 75086
   c. Telephone number: (210) 226-7192
   d. **The fee for service was:** $
   e. I am:

   (1) ☑ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a registered California process server:
       (i) ☐ owner ☐ employee ☐ independent contractor.
       (ii) Registration No.:
       (iii) County:

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

**Date:** 10-10-16

Gean O. Smith
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

Gean O. Smith
(SIGNATURE)

***Attachment***

1. Summons In A Civil Action
2. Complaint For Damages And Equitable Relief For Patent Infringement-U.S. Patent No. D661,080
3. Civil Cover Sheet
4. Certification And Notice Of Interested Parties
5. Notice Of Assignment To United States Judges
6. Standing Order