1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   1334 Parkview Avenue, Suite 280
4  Manhattan Beach, California 90266
   Telephone:  (310) 546-7400
5  Facsimile:  (310) 546-7401

6  *Attorneys for Plaintiff
   Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> J.C. PENNEY CORPORATION, INC., a Delaware Corporation; and DOES 1-10, inclusive, <br><br> Defendant. | CASE NO. 2:16-CV-06914-CBM-AFMx <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE  [JS-6]** <br><br> **Hon. Consuelo B. Marshall** |

IT IS HEREBY ORDERED that this entire action, and all of the claims asserted therein, be dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a).  Each party shall bear their own attorneys' fees and costs associated with this action.

DATED:    April 24, 2017           By: _____
                                        Hon. Consuelo B. Marshall
                                        **United States District Judge**